UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISVISION

| | |
|---|---|
| DONIELLE E. COPENHAVER,<br><br>        Plaintiff,<br><br>vs.<br><br>GENERAL MILLS SALES, INC., YOPLAIT USA, INC., SCOT AMUNDSEN,<br><br>        Defendants. | 2:17-CV-13243-TGB<br><br><br>ORDER<br><br>HONORABLE TERRENCE G. BERG |

## **ORDER OF DISMISSAL**

The Court was notified that the parties had reached a resolution in this matter. Therefore, the case will be dismissed.

Accordingly, it is **ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE**. The Court retains jurisdiction over this matter to enforce the terms of the settlement agreement. *See, e.g., Moore v. United States Postal Serv.*, 369 Fed. App'x 712 (6th Cir. 2010).

**SO ORDERED**.

DATED this 31st day of May, 2019.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge